# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CASTANEDA | ) Case No.: 1:26-cv-01959-GSA (SS) |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING BRIEFING |
| | ) SCHEDULE |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's motion for summary judgment due: July 10, 2026;

Defendant's cross-motion for summary judgement and opposition due: August 10, 2026;

Plaintiff's optional reply due: August 24, 2026.


IT IS SO ORDERED.

Dated: __**June 4, 2026**__         __/s/ Gary S. Austin_____

UNITED STATES MAGISTRATE JUDGE

-1-