ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO CASTANEDA,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 1:26-cv-01959-GSA<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED August 11, 2026.

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

By: s/ Matthew Franklin Holmberg
MATTHEW FRANKLIN HOLMBERG
Attorney for Plaintiff
(By email authorization)

ERIC GRANT
United States Attorney

By: s/ *Julie A.K. Cummings*
JULIE A.K. CUMMINGS
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision.

IT IS SO ORDERED.

Dated: **August 11, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE