UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro Castenada,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | No. 1:26-cv-01959-GSA<br><br>ORDER GRANTING ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412;<br><br>(ECF No. 18) |

As stipulated (ECF No. 18), **IT IS SO ORDERED** that Pedro Castaneda is awarded attorney fees and expenses in the amount of six thousand and four hundred dollars ($6,400.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated: **October 15, 2026**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE